AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
### for the

District of Vermont

2024 NOV -7  AM 10: 17

CLERK

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Richard Vardenski | ) | 2:24-mj-122 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 25, 2024 _____ in the county of _____ Chittenden _____ in the
_____ District of _____ Vermont _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §§ 1951(a), 2 | obstructed commerce by robbery, aiding and abetting thereof and conspiracy to do the same |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent, Samuel Brown ATF
Printed name and title

Sworn to before me and signed in my presence.

Date:  11/7/24

_____
Judge's signature

City and state:    Burlington, VT

Honorable Kevin J. Doyle, U.S. Magistrate Judge
Printed name and title