U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2025 FEB 20 PM 4: 24

BY  AL  CLERK
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Case No.: 2:25-cr-17-1

RICHARD J. VARDENSKI,
Defendant

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 25, 2024, in the District of Vermont, the defendant, RICHARD J. VARDENSKI, obstructed, delayed, and affected interstate commerce by robbery by actual and threatened force, violence and fear at the Old North End Variety store located at 142 North Winooski Avenue in Burlington, Vermont.

(18 U.S.C. § 1951(a))



A TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (CGO)
Acting United States Attorney
Burlington, Vermont
February 20, 2025