# Cheshire County Department of Corrections



## Disciplinary Report

**Incident #  250003414**

## Incident Narrative

While I, officer Bennett, was on duty at the CCDOC as a day room manager in the K-block, and while conducting afternoon meal pass with officer Straight in that unit, I observed the following inmates engage in a confrontation at the meal cart:

Vardenski, Richard
[Redacted] DOB: [Redacted]

and

[Redacted]
[Redacted] DOB: [Redacted]

The two inmates had a verbal dispute regrading the juice cambro, which quickly escalated into a fight, wherein both inmates struck one another with closed fists. Officer Straight immediately began to attend to inmate Vardenski, who had fallen over and suffered a head injury. I placed myself between Vardenski and inmate [Redacted] who was clearly agitated. I counseled him to calm down and desist, to which he eventually complied. He locked in to his cell without any further incident. Shortly thereafter multiple officers arrived on the unit, and officers Bailey and McDonald escorted inmate [Redacted] to segregated housing. Officer Straight and others escorted Vardenski to the medical services office, as he had a visible gash on the back of his head.

Inmates Vardenski and [Redacted] are clearly in violation of the inmate manual, which states (under article 1.1) that is prohibited to fight in any way. They have engaged in a fight which lead to injury, which is clearly a violation of article 1.1 in the inmate manual.

There is nothing further to report at this time.

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| [Redacted] | 2500000675 | VARDENSKI | RICHARD | JOSEPH | 11/20/2025 13:50 |

☐ Inmate Present At Hearing If not reason stated in Details below:

**Charge**  
MAJOR-1.10: Fight or engage in a mutual physical confrontation with visible injury

**Plea**  
GUILTY

**Details**  
Evidence: Officer's written report and corresponding video footage of the incident.

Inmate statement: I started it. He didn't do nothing but defend himself.

Witnesses: none offered, none called.

**Findings**  GUILTY

While at midday meal distribution inmate Vardenski can be see at the meal cart cambro with another inmate. Vardenski begins to look animated and postures up toward that other inmate before striking him with a closed fist punch. Vardenski makes multiple points of contact with his strikes until the other inmate retaliates striking Vardenski in the face area knocking him to the ground where he appears to be unresponsive. Camera footage shows a small amount of blood underneath Vardenski's head while he was on the floor. Vardenski did sustain injuries during the mutual combat.

Based on the facts listed above this board does find a preponderance of evidence to support a guilty finding on the charge 1.10.

P-seg 15 days

### Privliges To Suspend

| Suspend Code | Suspend Description | Start Date | End Date | Days To Serve | Officer ID |
|---|---|---|---|---|---|
| PSEG | PSEG | 11/15/2025 00:00 | 11/30/2025 00:00 | 15 | 8165 |

# Cheshire County Department of Corrections



**Disciplinary Report**      **Incident #   250003414**

| | | | |
|---|---|---|---|
| **Copy Given to Inmate:** | No _____   Yes _____ | Date: _____ | Time: _____ |
| **Officer Signature:** | _____ | Date: _____ | Time: _____ |
| **Inmate Signature:** | _____ | Date: _____ | Time: _____ |
| **Supervisor Signature:** | _____ | Date: _____ | Time: _____ |