# Cheshire County Department of Corrections



## Incident Report #  250003721

| Incident Type | Location | Incident Date | Officer ID | Officer Name | Entry Date |
|---|---|---|---|---|---|
| EMERGENCY | K-BLOCK | 12/14/2025 13:40 | Redacte | SMART, C | 12/14/2025 14:58 |

| Supervisor ID / Name | Supervisor Date | Watch ID / Name | Watch Date | Assigned To | Assigned Date |
|---|---|---|---|---|---|

**Narrative**

On 12/14/25 at approximately 13:40 I, Staff Sergeant Smart, was on duty at the Cheshire County Department of Corrections (CCDOC), stationed as the day room manager in K-Block. As I was on the carpeted area there was a brief verbal interaction between

INMATE: VARDENSKI, RICHARD
INMATE#: Redacted
DOB: Redacted

and

INMATE: Redacted
INMATE# Redacted
DOB Redacted

over a chair. VARDENSKI asked Redacted to give him his chair back because he stepped away just for a second. That's when Redacted stated to VARDENSKI to find another seat. VARDENSKI asked him, again, but this time a bit more elevated. That's when Redacted said "FUCK YOU, DO SOMETHING ABOUT IT" and flipped VARDENSKI off. At this time, VARDESKI made his way to his cell (K-106). It seemed like he was going into his cell to vent and separate from the situation, but he exited his cell shortly after. I noticed out of the corner of my eye VARDENSKI quickly approached Redacted from an angle and punched Redacted in the left side of his head, as I quickly intervened putting myself between them. VARDENSKI had the back of Redacted sweatshirt, trying to strike him again, as I pushed VARDENSKI away he quickly stopped aggressing towards Redacted and complied to my commands. He turned around with his hands behind him awaiting the hand restraints. I placed them on and checked for fit per policy, and escorted VARDENSKI to S-103 where the unclothed search was performed with no issues.

I find inmate VARDENSKI in violation of code


1.09    Assault on any person, by any means



End of Report

**Victims/Subjects**

**Officers**

**Inmates**

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| Redacted | 2500000675 | VARDENSKI | RICHARD | JOSEPH | M | W | Reda | S103L |

**Comments**

# Cheshire County Department of Corrections



## Incident Report #  250003721

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Sex | Race | Classification | Location |
|---|---|---|---|---|---|---|---|---|
| Redacted | 2500000721 | Redacted | Redacted | | M | W | Redacted | R108L |

**Comments**

### Supplement Reports

| Officer ID | Officer Name | Supplement Type | Supplement Date |
|---|---|---|---|
| Redacted | BALL, R | INFORMATION | 12/14/2025 16:02 |

**Narrative**

On December 14, 2025, I, Lieutenant R. Ball, was on duty at the Cheshire County Department of Corrections as acting supervisor. At approximately 1347 hours, I heard "CODE THREE KILO," over the radio. At this time, I was outside getting rid of the trash with the kitchen workers. As I made my way to K-Block, I could see Inmate:

VARDENSKI, RICHARD
INMATE#: Redacted
DOB: Redacted

Coming out of the K-01 door in hand restraints. As I made my way into K-Block I was informed that VARDENSKI had punched Inmate:

Redacted
INMATE# Redacted
DOB: Redacted

Several times in the head.
I then had 1SG Bailey place Redacted in hand restraints and bring him too medical. I then exited K-Block and spoke with VARDENSKI, VARDENSKI said something to the effect of that his left hand hurt, but he would be alright. I then told VARDENSKI that I would let medical know of his left hand injury and they would take a look at it.
I then watched camera footage and you could see VARDENSKI come up behind Redacted and hit him in back of the head several times. It should be noted that Redacted did not fight back.
At approximately 1510, Myself and Captain Masse went and spoke with Redacted about moving back to K-block and asked if he felt safe moving back to K-Block to which Redacted stated that he would feel safe and wanted to go back. I then took two pictures of the left side of Redacted face with the camera from the supervisor's office and cleared R-Block. //END REPORT//

### Disciplinary Reports

| Inmate ID No | Booking No | Last Name | First Name | Middle Name | Hearing Date |
|---|---|---|---|---|---|
| Redacted | 2500000675 | VARDENSKI | RICHARD | JOSEPH | |

**Charge**  
MAJOR-1.09: Assault on any person, by any means

**Plea**

**Details**

**Findings**

**Privliges To Suspend**

| Suspend Code | Suspend Description | Start Date | End Date | Officer Id/ Name |
|---|---|---|---|---|

**Lockdown Details**

| Start Date | End Date | Location | Comments | Officer Id/ Name |
|---|---|---|---|---|

| Officer ID | Officer Name | Entry Date |
|---|---|---|
| Redacted | SMART, C | 12/14/2025 03:00 |

### Appeal Information

| Appeal Type | Appeal Date/Time | Filed By: Officer ID/Name |
|---|---|---|

# Cheshire County Department of Corrections



## Incident Report #  250003721

**Appeal Details**

**Inmate Requests**

### Appeal Findings

**Appeal Finding**          **Finding Date/Time**   **Officer ID/Name**

**Appeal Finding Details**